**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Christina Conley, | ) | **Acknowledged** |
| | ) | TWP |
| Plaintiff, | ) | January 31, 2023 |
| | ) | |
| v. | ) | No.   1:23-cv-00062-TWP-MJD |
| Harris & Harris, Ltd., an Illinois | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the

dismissal of her claims against the Defendant, with prejudice.

Dated:  January 30, 2023

One of Plaintiff's Attorneys

s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on January 30, 2023, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on January 30, 2023.

Harris & Harris, Ltd.
c/o Jennifer J. Kalas
Hinshaw & Culbertson, LLP
322 Indianapolis Boulevard
Suite 201
Schererville, Indiana 46375


s/ David J. Philipps
_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2